UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

COURTNEY LINDE et al.,

                                    Plaintiffs,                    04-cv-2799 (BMC)

            -against-

ARAB BANK PLC,

                                    Defendant.

------------------------------------------------------------- X

## VERDICT FORM

Taking each of the attacks listed below and considering each one separately, please determine if plaintiffs have proven by a preponderance of the evidence that defendant is liable to plaintiffs. For each alleged attack (if any) for which you conclude defendant is liable to plaintiffs, please place an **X** in the **"Yes"** box provided below. For each alleged attack (if any) for which you conclude defendant is not liable to plaintiffs, please place an **X** in the **"No"** box provided below.

**Is Defendant Liable?**

|  |  |  | **Yes** | **No** |
|---|---|---|---|---|
| 1. | March 28, 2001 | Bombing at Neve Yamin | ☑ | ☐ |
| 2. | June 1, 2001 | Bombing at the Dolphinarium in Tel Aviv | ☑ | ☐ |
| 3. | August 9, 2001 | Bombing at Sbarro in Jerusalem | ☑ | ☐ |
| 4. | December 1, 2001 | Bombings on Ben Yehuda Street | ☑ | ☐ |
| 5. | December 12, 2001 | Attack on Bus No. 189 at Emmanuel | ☑ | ☐ |
| 6. | March 7, 2002 | Attack at Atzmona | ☑ | ☐ |
| 7. | March 10, 2002 | Bombing at Café Moment | ☑ | ☐ |
| 8. | March 27, 2002 | Bombing at the Park Hotel, Netanya | ☑ | ☐ |
| 9. | May 7, 2002 | Bombing at the Sheffield Club, Rishon Le-Zion | ☑ | ☐ |
| 10. | September 19, 2002 | Bombing on Bus No. 4, Allenby Street | ☑ | ☐ |

2

| 11. | June 18, 2002 | Bombing on Bus No. 32-A, Patt Junction, Jerusalem | ☑ | ☐ |
| 12. | July 31, 2002 | Bombing of the Frank Sinatra Cafeteria at Hebrew Univ. | ☑ | ☐ |
| 13. | January 29, 2003 | Shooting Attack on Road 60 | ☑ | ☐ |
| 14. | March 5, 2003 | Bombing on Bus No. 37, Haifa | ☑ | ☐ |
| 15. | March 7, 2003 | Shooting Attack in Kiryat Arba | ☑ | ☐ |
| 16. | April 30, 2003 | Bombing at Mike's Place, Tel Aviv | ☑ | ☐ |
| 17. | May 18, 2003 | Bombing on Bus No. 6, French Hill, Jerusalem | ☑ | ☐ |
| 18. | June 11, 2003 | Bombing on Bus No. 14A, Jaffa Road, Jerusalem | ☑ | ☐ |
| 19. | June 20, 2003 | Shooting Attack on Road 60 | ☑ | ☐ |
| 20. | August 19, 2003 | Bombing on Bus No. 2, Jerusalem | ☑ | ☐ |
| 21. | September 9, 2003 | Bombing at Café Hillel, Jerusalem | ☑ | ☐ |
| 22. | October 22, 2003 | Shooting Attack in Tel Rumeida | ☑ | ☐ |
| 23. | January 29, 2004 | Bombing on Bus No. 19, Jerusalem | ☑ | ☐ |
| 24. | September 24, 2004 | Mortar Attack on Neve Dekalim | ☑ | ☐ |

**Your foreperson must now sign and date the verdict sheet.**

_____  9/22/14
Signature of foreperson